IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OFFIE CURTIS BROWN, JR., <br>     Plaintiff, <br> v. <br> NC DEPARTMENT OF PUBLIC SAFETY, JOE BIDEN, UNITED STATES DEPARTMENT OF DEFENSE, NASA, FEDERAL BUREAU OF INVESTIGATIONS, CRAVEN COUNTY SHERIFF'S DEPARTMENT, CENTRAL PRISON, MAURY CORRECTIONAL INSTITUTION, CHERRY HOSPITAL, NEW BERN POLICE DEPARTMENT, STATE OF NORTH CAROLINA, DORTHEA DIX HOSPITAL, and CRAVEN COUNTY JAIL, <br>     Defendants. | Judgment in a Civil Case <br><br><br><br><br><br><br><br><br><br><br> Case Number: 5:22-CT-3165-FL |

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

This Judgment Filed and Entered on November 30, 2022, with service on:
Offie Curtis Brown, Jr.   (via U.S. Mail)
Cherry Hospital
1401 West Ash Street
Goldsboro, NC 27530


November 30, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Stephanie Mann*
Deputy Clerk